AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Gregory MASZTAL<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  3-20-MJ-70840 MAG |

**FILED**

Jun 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 24, 2020__ in the county of __San Mateo__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(B)(viii) | Possession With Intent to Distribute a Controlled Substance (to wit: 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine and a quantity of alprazolam)<br><br>PENALTIES: Minimum 5 years up to 40 years imprisonment; up to $5,000,000 fine, Supervised Release of 4 years to life, and $100 special assessment |

This criminal complaint is based on these facts:

See attached affidavit of FBI SA Michael Joseph Ward

☑ Continued on the attached sheet.

Approved as to form  /s/ AUSA N. Bhagat

/s/ Michael Joseph Ward
*Complainant's signature*

Michael Joseph Ward, FBI Special Agent
*Printed name and title*

Sworn to by telephone before me pursuant to Fed. R. Crim. P. 4.1

Date: 06/25/2020

*Judge's signature*

City and state: San Francisco, Califiornia

Laurel Beeler, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Michael Joseph Ward, being first duly sworn, hereby depose and say:

**I.      INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since June 2014. I am presently assigned to the San Francisco Office of the FBI, where I investigate criminal violations of federal law with a focus on organized crime. I have received training at the FBI Academy in Quantico, Virginia, including training on criminal procedure, search and seizure, violent crimes, counterterrorism, and organized crime. During the course of my career with the FBI, I have participated in numerous investigations involving narcotics and organized crime. I have also received on-the-job training from other experienced special agents of the FBI who are recognized experts in the field of violent crime and organized crime investigations. This training has included but has not been limited to investigations, including narcotics investigations, and the execution of search warrants relating to such investigations.

2. I have been involved in narcotics investigations and have interviewed suspects regarding their drug use and sales and their habits surrounding this activity. I have observed a variety of subjects, including drug users and dealers, who have discussed their use of dangerous drugs, the effects of the drugs on the body, preparation of various drugs for sale, sales of these drugs, and the useable amounts of various drugs. I am also still in contact with confidential informants with whom I discuss current illegal drug trends and methods of use, sales, and transportation.

3. I have personally observed the drug trafficking patterns of buyers of controlled substances in areas where controlled substances are used and sold. I have personally observed hand-to-hand narcotics transactions between buyers and sellers. I have handled a variety of controlled substances and have seen how such substances are packaged for both personal use and sales. I have worked on several investigations that utilized court authorized wiretaps taps of

telephones used by individuals involved in narcotics trafficking. I have read numerous articles and have seen videos on the use, sales, and manufacture of dangerous drugs.

4. Additionally, I have gained knowledge and experience by working investigations involving telephone toll analysis, and the analysis of traditional types of records including financial records, telephone records, and utility records.

5. Additionally, I have gained knowledge and experience by working investigations involving telephone toll analysis, and the analysis of traditional types of records including financial records, telephone records, and utility records.

6. I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for violations of Federal law.

7. Because this Affidavit is submitted for the limited purpose of securing a Criminal Complaint against Gregory MASZTAL, I have not included details of every aspect of this investigation. I have learned the information contained in this Affidavit largely through discussions with other law enforcement officers who have participated in the investigation or have obtained information, which they in turn have reported to me.

**II.    APPLICABLE LAW**

8. Title 21, United States Code, Section 841(a)(1) makes it unlawful to possess with the intent to distribute a controlled substance.

9. Title 21, Code of Federal Regulations, Section 1308.12 provides that methamphetamine is a Schedule II controlled substance.

10. Title 21, Code of Federal Regulations, Section 1308.14 provides that alprazolam is a Schedule IV controlled substance.

11. Title 21, United States Code, Section 841(b)(1)(B) prescribes the penalties for committing a violation of Title 21, United States Code, Section 841(a)(1) involving, among other things, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

**III.     PROBABLE CAUSE**

12. On June 24, 2020, FBI agents executed a federal search warrant on a specific storage unit ("storage unit") located within a public storage facility at 99 Hyde Court, Daly City, California.

13. Inside the storage unit, agents found evidence that MASZTAL was engaged in the manufacture of counterfeit pharmaceutical pills and using methamphetamine to manufacture those pills.  This evidence included, among other things, the following:

   a. Plastic bags containing a white powdery substance. Agents conducted a presumptive field test of this substance using a TruNarc raman spectrometer.  The substance presumptively tested positive for the properties of methamphetamine, which I know to be a Schedule II controlled substance.  The gross weight of the suspected methamphetamine, inclusive of packaging, was approximately 4,992.8 grams.

   b. A cellophane bag containing an off-white powdery substance.  Agents conducted a presumptive field test of this substance using a TruNarc raman spectrometer. The substance presumptively tested positive for the properties of alprazolam, which I know to be a Schedule IV controlled substance.  The gross weight of the suspected alprazolam, inclusive of packaging, was approximately 845.5 grams.

   c. A bag containing an orange powdery substance.  A label on the outside of the bag stated that the ingredients were "microcrystalline cellulose, dicalcium phosphate, silicon dioxide, magnesium stearate, food grade colorant."  Based on my training, experience, and conversations with other agents, I know that individuals who manufacture pills commonly use microcrystalline cellulose as a binding agent.

14. I know from my training and experience that this amount of methamphetamine and this amount of alprazolam are consistent with distribution.

15. Agents also found a firearm in the storage unit: a Glock 9mm bearing serial number XFS804.  According to the California Law Enforcement Telecommunications System

3

(CLETS), this firearm is registered to Gregory MASZTAL. In addition to the firearm, the storage unit contained two magazines, one of which was a high-capacity magazine, and approximately 13 Normandy brand 9mm luger bullets.

16. I know, from my training and experience and my conversations with other agents, that individuals who create counterfeit pills for sale often do so using tableting machines (sometimes known as "pill presses") using a controlled substance as the active ingredient. I know that as part of the process of manufacturing these pills, these individuals use various items, such as dies, stamps, and filler, in part to make the pills resemble genuine pharmaceuticals.

17. In the storage unit, agents found "stamps" that I know, from my training and experience and my conversations with other agents, are commonly used to place markings upon pills manufactured using tableting machines. Some of the stamps found in the storage unit are depicted in the photograph below and are circled in red:



18. I have learned, through my training and experience and my conversations with other agents, that the "AD" and "3|0" stamps displayed above are consistent with the imprints used on genuine Adderall, which I know to be the brand name of a pharmaceutical drug that

4

contains the active ingredient amphetamine. I also know from my training and experience that individuals who manufacture and distribute counterfeit Adderall often use methamphetamine as the active ingredient, in part to mimic the effects of genuine Adderall.

19. I have learned, through my training and experience and my conversations with other agents, that the "X|ANA|X" and the "2" stamps displayed above are consistent with the imprints used on genuine Xanax, which I know to be the brand name of a pharmaceutical drug that contains the active ingredient alprazolam.

20. The storage unit also contained receipts for the storage unit that showed the tenant of the storage unit was "Greg Mazda," which I believe to be a variation of MASZTAL's name that he uses as an alias.

21. Additionally, the storage unit contained at least one other document connected to MASZTAL; specifically, a pharmacy receipt for MASZTAL.

22. On June 25, 2020, FBI agents executed a federal search warrant at MASZTAL's residence in San Francisco, California. Among other things, they located a tableting machine ("pill press") and more than 1,000 reddish-orange pills resembling genuine 30 mg Adderall. The pills appear to have the same color as genuine Adderall, and are stamped with "AD" on one side and "3|0" on the other.

//
//
//
//
//
//
//
//
//
//

## IV. CONCLUSION

23. Based on the foregoing, I believe there is probable cause to believe that Gregory MASZTAL has violated Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), Possession With Intent to Distribute a Controlled Substance (to wit: 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine and a quantity of alprazolam), and respectfully request that a Criminal Complaint issue.

/s/ Michael Joseph Ward

MICHAEL JOSEPH WARD
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me over the telephone pursuant to Fed. R. Crim. P. 4.1 this 25th day of June, 2020.

THE HONORABLE LAUREL BEELER
United States Magistrate Judge